| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 25mj419 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAWAYN LINDSEY,<br><br>            Defendant. | **COMPLAINT**<br><br>Violation of 21 U.S.C. § 846<br><br>COUNTIES OF OFFENSE:<br>WESTCHESTER/NEW YORK |

SOUTHERN DISTRICT OF NEW YORK, ss.:

LAWRENCE LONERGAN, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

## COUNT ONE
### (Conspiracy to Distribute Controlled Substances)

1. From at least in or about September 2021 through at least in or about January 2025, in the Southern District of New York and elsewhere, DAWAYN LINDSEY, the defendant, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

2. It was a part and an object of the conspiracy that DAWAYN LINDSEY, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances involved in the offense were testosterone enanthate, trenbolone acetate, and drostanolone, in violation of Title 21, United States Code, Section 841(b)(1)(E).

(Title 21, United States Code, Section 846.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

4. I am a Special Agent with the FBI. In that capacity, I have participated in numerous investigations into money laundering, fraud, and other complex financial offenses, and have spoken with other FBI agents and local law enforcement officers who personally participated in the investigation of this matter, along with other law enforcement agents. I make this Affidavit in part on personal knowledge based on my participation in the investigation; review of reports and other documents prepared by law enforcement agents and others; and physical surveillance.

5. Throughout this Affidavit, where I assert that a statement was made, I was not the individual to whom the statement was made unless I specifically so state. Rather, information about the statement was provided by someone else to whom I have spoken or whose reports I have

read and reviewed. Such statements are among many statements made by others and they are set forth in substance and in part, unless otherwise indicated. Similarly, unless otherwise indicated, information in this Affidavit resulting from surveillance does not necessarily set forth my personal observations, but may have been provided to me by other law enforcement agents who observed the events, and to whom I have spoken or whose reports I have read. Furthermore, the facts and circumstances of this investigation have been summarized for the specific purposes of this Affidavit. I have not attempted to set forth the complete factual history of this investigation or all of its details. In making this Affidavit, I rely only on the facts stated herein.

Overview

6. Based on my participation in this investigation, my conversations with other law enforcement officers, and my review of law enforcement reports and records, I have learned that DAWAYN LINDSEY, the defendant, and others known and unknown, have been conducting a scheme to sell anabolic steroids and other controlled substances whose distribution is regulated by the Controlled Substances Act through an online website ("www.buygorillaking.com" or "https://buygorillaking.to" or "Gorilla King").

The February 6, 2025 Search

7. Based on my participation in a search of a particular office space at a warehouse on Godfrey Avenue in Philadelphia, PA (the "Godfrey Avenue Location") and my review of pole camera footage from the Godfrey Avenue Location, I know that:

a. On or about February 6, 2025, law enforcement officers conducted a search of the Godfrey Avenue Location. At the time of the search, DAWAYN LINDSEY, the defendant, and Joseph Thompson were each present in the Godfrey Avenue Location and appeared to be engaged in the manufacturing, measuring, and packaging of what appear—based on the substances' labels, records of customer orders found in the Godfrey Avenue Location, and my participation in this investigation—to be anabolic steroids (pictured below).[1]

---

[1] On or about January 27, 2025, the Honorable Andrew E. Krause, United States Magistrate Judge, authorized a complaint charging Joseph Thompson and Carl Bezick with conspiracy to commit money laundering and conspiracy to distribute controlled substances for their roles in the illegal Gorilla King business.





      b.   During the search, law enforcement also found at least approximately hundreds of already-filled vials of injectable anabolic steroids—including vials labelled as drostanolone enanthate and trenbolone acetate—labeled with Gorilla King branding. Law enforcement also

found bins of what appeared, based on their labelling, to be oral anabolic steroids, as well as several heat-sealed packages ready for shipment to customers (pictured below).


*Vials of Injectable Anabolic Steroids with Gorilla King Branding*


*Labelled Bins of Oral Anabolic Steroids*

4



*Heat-Sealed Packages for Shipment*

  c. Prior to conducting the February 6, 2025 search, between approximately November 3, 2024 and approximately February 4, 2025, law enforcement observed individuals identified as DAWAYN LINDSEY, the defendant, and Joseph Thompson enter the Godfrey Avenue Location on numerous occasions, typically arriving late at night and leaving the following morning.

### Gorilla King

  8. Based on my participation in this investigation, my conversations with other law enforcement officers, my review of reports and records, and my review of the Gorilla King website, I have learned the following:

    a. The Gorilla King website (pictured, in part, below) offers for sale a number of Schedule III controlled substances—including anabolic steroids—as well as prescription pharmaceuticals and other substances associated with the use of performance enhancing drugs.[2]

---

[2] Based on my participation in this investigation, my review of reports and records, my conversations with other law enforcement officers, and my training and experience, I have learned that individuals who use anabolic steroids often engage in "post cycle therapy," in which they consume hormones and other substances in an effort to limit the negative side effects associated with anabolic steroid use.

The Gorilla King website also indicates that customers may pay online with "BTC," *i.e.*, Bitcoin, or they may arrange payment through limited other means that can be arranged via email.

    b.  The Gorilla King website displays "test reports" from a third-party testing company, purporting to show that the substances, including anabolic steroids, sold by Gorilla King are, in fact, the substances advertised on the Gorilla King website. For example, Gorilla King sells a product labelled "Test E 250mg," and the Gorilla King website displays a test report from the third-party company purporting to show that a sample of Gorilla King's "Test E" product contained 266.50 mg/ml of testosterone enanthate, a Schedule III controlled substance. The test reports displayed on the Gorilla King website list a particular email address beginning in "gorillaking" (the "Gorilla King Email Address") as the client that requested the test reports from the third-party company.

    c.  In or around August 2023, law enforcement officers identified a United States Postal Service ("USPS") Priority Mail parcel shipped from Warminster, Pennsylvania with a shipping label funded by cryptocurrency (the "August 2023 Parcel") as a potential shipment of controlled substances. Law enforcement officers subsequently interviewed the recipient of the August 2023 Parcel, who stated, in sum and substance, that certain parcels he had received from return addresses in Pennsylvania, such as the August 2023 Parcel, contained anabolic steroids ordered online from Gorilla King.

    d.  The individual who shipped the August 2023 Parcel was captured on USPS cameras in the act of shipping the August 2023 Parcel. Based on my participation in this investigation and my review of records and a photograph from the Pennsylvania Department of Transportation, I recognize the individual who shipped the August 2023 Parcel as Joseph Thompson.

   9.  Based on my participation in this investigation, my conversations with other law enforcement officers, and my review of reports and records, I have learned the following about subsequent purchases of controlled substances from Gorilla King:

    a.  On or about December 5, 2023, law enforcement agents conducted a controlled purchase of the following items from www.buygorillaking.com: (i) four units of "Tren A 100mg"; (ii) four units of "Test E 250mg"; (iii) four units of "Inj. Dbol 80mg"; and (iv) one unit of "Cialis 50mg." The agents purchased these items on the Gorilla King website using Bitcoin and had the items shipped to an address in New York, New York. Laboratory testing revealed that the substance sold as "Test E" contained testosterone enanthate and the substance sold as "Tren A" contained "trenbolone acetate," each of which is a Schedule III controlled substance and an anabolic steroid.

    b.  On or about November 15, 2024, law enforcement agents conducted a second controlled purchase from Gorilla King, placing an order for the same items purchased in the prior, December 5, 2023 controlled purchase. Law enforcement agents purchased these items from Gorilla King using Bitcoin and had the items shipped to the same address in New York as the prior controlled purchase. The shipment from Gorilla King arrived on or about November 22, 2024, and contained items labelled as Anastrazole 1mg tablets, Cialis 50mg, Anavar 20mg, and Drostanolone Enanthate 20mg, as well as twenty units of an unlabeled substance. I understand that Anavar is a brand name for oxandrolone, and that oxandrolone and drostanolone are each

Schedule III controlled substances and anabolic steroids. The labelling on the items received from Gorilla King on or about November 22, 2024 (pictured below) appeared to be the same as the labelling on the vials recovered from the Godfrey Avenue Location on or about February 6, 2025.



10. Based on the foregoing, I believe that DAWAYN LINDSEY, the defendant, and others known and unknown, have agreed to operate and are operating the illegal Gorilla King steroid distribution business.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of DAWAYN LINDSEY, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

/s/ Lawrence Lonergan (signed by VR with permission)
LAWRENCE LONERGAN
Special Agent
Federal Bureau of Investigation

Sworn to me through the transmission of
this Complaint by reliable electronic
means ___, this 6th day of February, 2025.   (Teams)

_____
THE HONORABLE VICTORIA REZNIK
United States Magistrate Judge
Southern District of New York